USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                :    **ORDER AND JUDGMENT OF**
                                              **FORFEITURE OF BAIL**
        - v -                            :
                                              02 Cr. 1542 (SHS)
DANNY MOREL,                             :

            Defendant.                   :

- - - - - - - - - - - - - - - - - -x

This cause having been heard on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, by Daniel S. Goldman, Assistant United States Attorney, *and it coming on to be heard at 10 AM in Courtroom 23A on February 19, 2008, and Juan Paley appearing and Ynocencio Castillo having failed to appear,*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bail securing the release of defendant DANNY MOREL be forfeited and that the United States of America have and recover judgment against defendant DANNY MOREL and sureties ~~Juan Paulino~~ Ynocencio Castillo, jointly and severally, in the sum of $50,000 and that the United States have execution therefor, and that the Government be authorized to take ownership of the $2,000 cash security deposited with the Court in partial satisfaction of that liability.

Dated:   New York, New York
         *February 19*, 2008

                                    _____
                                    The Honorable Sidney H. Stein
                                    United States District Judge

JUDGMENT ENTERED:

_____
Clerk of the Court
Southern District of New York